```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 19149
   BERNADETTE MCCLINTON JONES
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-7984


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 10/17/2007 and was not confirmed.

     The case was dismissed without confirmation 12/03/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
CITIFINANCIAL AUTO CREDI  SECURED VEHIC       .00              .00           .00
AMERICAS SERVICING COMPA  NOTICE ONLY    NOT FILED             .00           .00
HSBC AUTO FINANCE         SECURED VEHIC       .00              .00           .00
AMERICAS SERVICING COMPA  CURRENT MORTG       .00              .00           .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE   6000.00              .00           .00
AMERICA SERVICING COMPAN  CURRENT MORTG       .00              .00           .00
AMERICA SERVICING COMPAN  MORTGAGE ARRE   4500.00              .00           .00
CHASE MANHATTAN           CURRENT MORTG       .00              .00           .00
CHASE HOME FINANCE LLC    MORTGAGE ARRE  12000.00              .00           .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG       .00              .00           .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE   5000.00              .00           .00
COUNTRYWIDE HOME LOANS I  CURRENT MORTG       .00              .00           .00
COUNTRYWIDE HOME LOANS I  MORTGAGE ARRE       .00              .00           .00
COUNTRYWIDE HOME LOANS I  CURRENT MORTG       .00              .00           .00
COUNTRYWIDE HOME LOANS I  MORTGAGE ARRE  10000.00              .00           .00
FIFTH THIRD BANK          CURRENT MORTG       .00              .00           .00
HSBC BANK USA             CURRENT MORTG       .00              .00           .00
US BANK                   NOTICE ONLY    NOT FILED             .00           .00
INTERNAL REVENUE SERVICE  NOTICE ONLY    NOT FILED             .00           .00
CHASE                     UNSECURED      NOT FILED             .00           .00
DELL FINANCIAL SERVICES   UNSECURED      NOT FILED             .00           .00
GEMB SAMS                 UNSECURED      NOT FILED             .00           .00
HOUSEHOLD FINANCE         UNSECURED      NOT FILED             .00           .00
HSBC NV                   UNSECURED      NOT FILED             .00           .00
MONTEREY FINANCIAL        UNSECURED        746.68              .00           .00
MONTEREY FINANCIAL        UNSECURED        366.14              .00           .00
SEARS ROEBUCK             UNSECURED      NOT FILED             .00           .00
WELLS FARGO FINANCIAL IL  UNSECURED       2970.06              .00           .00
FIFTH THIRD BANK          SECURED NOT I  23428.52              .00           .00
HSBC BANK USA             NOTICE ONLY    NOT FILED             .00           .00
MONTEREY FINANCIAL        SECURED NOT I    700.00              .00           .00
MONTEREY FINANCIAL        SECURED NOT I   2500.00              .00           .00
COMMONWEALTH EDISON       UNSECURED        305.01              .00           .00
PHILIP A IGOE             DEBTOR ATTY        .00                             .00
TOM VAUGHN                TRUSTEE                                            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 19149 BERNADETTE MCCLINTON JONES
```

```
DEBTOR REFUND            REFUND                                              .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                               .00

PRIORITY                                                          .00
SECURED                                                           .00
UNSECURED                                                         .00
ADMINISTRATIVE                                                    .00
TRUSTEE COMPENSATION                                              .00
DEBTOR REFUND                                                     .00
                                ---------------      ---------------
TOTALS                                .00                         .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


     Dated: 03/26/08              /s/ Tom Vaughn
                                  _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE










                              PAGE   2
          CASE NO. 07 B 19149 BERNADETTE MCCLINTON JONES